Indian River State Bank, Plaintiff in Error, vs. Conti-
nental Insurance Company, Defendant in Error.

Writ of error to Circuit Court, Brevard county;
Rhydon M. Call, Judge.

Robbins & Graham and Geo. P. Raney, for Plain-
tiff in Error.

No appearance for Defendant in Error.

This action was brought by the plaintiff in error
against the defendant in error.    There was judgment
for the defendant, and the plaintiff takes writ of error.

Writ of error dismissed on praecipe of counsel for
plaintiff in error.

———————

Indian River State Bank, Plaintiff in Error, vs. Glens
Falls Insurance Company, Defendant in Error.

Writ of Error to Circuit Court, Volusia county;
Rhydon M. Call, Judge.

Robbins & Graham and Geo. P. Raney, for Plain-
tiff in Error.

No appearance for Defendant in Error.

This action was brought by the plaintiff in error